UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.           ) | Crim. No. 06 - 026 - 03 (CKK) |
| ) | |
| ) | |
| THELMA LEONARD     ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Thelma Leonard pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Thelma Leonard


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel and defense counsel of record this    17th    day of February,  2006.

          /s/
Howard B. Katzoff